GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@graham**hollis**.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff ANDREW POTTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDREW POTTER | Case No.: 5:18-cv-01678-PSG-KK |
|---|---|
| Plaintiff, v. BIG TEX TRAILER MANUFACTURING, INC., BIG TEX TRAILER WORLD, INC.; and DOES 1 through 50, inclusive, Defendants. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date: March 2, 2020<br>Time: 1:30 p.m.<br>Dept: 6A<br>Judge: Hon. Philip S. Gutierrez |

**TO THE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on March 2, 2020 at 1:30 a.m. in Department 6A of the United States District Court for the Central District of California – located at 350 West First Street, Los Angeles, California 90012, Plaintiff Andrew Potter ("Plaintiff"), on behalf of himself and all others similarly situated, will, and hereby will move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Judgment and Final Order approving the class and collective action settlement reached between Plaintiff and Defendants Big Tex Trailer Manufacturing, Inc. and Big Tex Trailer World, Inc. ("Big Tex" and "Defendants") (collectively "the Parties") in this case, and in particular:

1. Approving the class and collective action settlement and distribution plan agreed upon by the Parties and preliminarily approved by the Court, which entails the distribution of a Maximum Settlement Amount of $972,391.68, less a credit of

$212,391.68, to the Settlement Class Members, Class Counsel, the California Labor Workforce Development Agency, the Class Representative, and the Settlement Administrator;

2.     Approving that $50,000.00 of the Maximum Settlement Amount be designated to resolve Private Attorneys General Act ("PAGA") claims, and that under Labor Code section 2699(i), 75% ($37,500.00) of the penalty payment will be paid to the California Labor and Workforce Development Agency (LWDA), and 25% ($12,500.00) will be distributed to Settlement Class Members who filed valid claims in proportion to their Individual Settlement Amounts;

3.     Finally approving the payment, from the Total Settlement Fund of $10,000.00 to Plaintiff Andrew Potter in recognition of his service to the Settlement Class, time spent, and risks undertaken as named Plaintiff;

4.     Finally certifying the Settlement Class, as defined in the parties Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement") and the Court's Order Granting Preliminary Approval, for settlement purposes;

5.     Finally appointing GrahamHollis APC as Class Counsel, as defined in the Settlement Agreement, for purposes of settlement;

6.     Finally appointing Plaintiff Andrew Potter as a Class Representative for the Non-Exempt Class and Waiting Time Penalties Subclass, as defined in the Settlement Agreement;

7.     Finally approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement Agreement, and the Maximum Settlement Amount of $972,391.68, less a credit of $212,391.68 for payments previously made to class members, to be allocated and paid pursuant to the terms of the Settlement Agreement, and ordering the Parties and the Settlement Administrator to carry out the terms of the Settlement;

8.     Finally approving the payment of $10,750.00 to the Settlement Administrator previously appointed by the Court, CPT Group, Inc., for costs actually incurred and

documented by the Settlement Administrator;

10. Binding the parties to the terms of the Settlement Agreement, including the Release specified therein, all of the other Settlement Class Members; and

11. Entering Judgment and Order in favor of the Final Approval of Class Action Settlement and Final Approval of Attorney's Fees and Costs.

In support of this Motion, Plaintiff will rely on this Notice of Motion and the accompanying Memorandum of Points and Authorities and the Declaration of Graham S.P. Hollis, Esq. in Support of Plaintiffs' Motion for Final Approval and the Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 30-1), Declaration of Graham S.P. Hollis In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 30-2), and Declaration of Will Henry on Behalf of Settlement Administrator CPT Group, Inc. (Dkt. 32-3), and the Declaration of Andrew Potter In Support of Approval of Class Action Settlement (Dkt. No. 30-4), and on such other evidence and argument as may be submitted to the Court at or before the Final Approval Hearing.

Dated: February 5, 2020            GRAHAM**HOLLIS** APC


By: _/s/ *Graham S.P. Hollis*_
GRAHAM S.P. HOLLIS
VILMARIE CORDERO
Attorneys for Plaintiff ANDREW POTTER